UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                Chapter 13
        Hachan Chowdhury                              Case No.: 25-45333-jmm
                        Debtor.
--------------------------------------------------------X

## <u>OBJECTION TO CONFIRMATION AND AFFIRMATION IN FURTHER SUPPORT OF DISMISSAL</u>

Michael J. Macco (the "Trustee"), Standing Chapter 13 Trustee and Trustee of the Bankruptcy estate of Hachan Choudhury (the "Debtor"), objects to the confirmation of the Debtor's proposed Chapter 13 plan and in further support of the Trustee's motion to dismiss this proceeding asserts the following:

First, Debtor has filed an amended plan in a form other than the form plan used in this District. It is respectfully submitted that the Debtor must use the form plan for this District. As such, without even reviewing the contents of the plan, which are also problematic, the proposed plan should not be confirmed.

Additionally, the plan is unclear on its face, is speculative and does not adequately provide for the filed secured claim, but rather seems to contemplate possible scenarios, none of which provide any specificity as to how, or how much, the secured claim will definitively be paid. It is unclear what the real plan for repayment is and it is further unclear how a plan for repayment would be funded, without hypothetical/speculative recoveries in litigation.

To further complicate things, the Debtor is neither the owner of the real property nor the primary obligor on the secured debt relating to the real property which is the subject of this proceeding. And, the owner of the subject real property, Powell 1023 Corp., was the subject of its own bankruptcy proceeding under case number 25-43219

which was voluntarily dismissed before any of the issues raised in this case were dealt with in that case. It is respectfully submitted that this is not a viable Chapter 13 proceeding and the Debtor has failed to show how he will propose a confirmable plan that can be adequately funded.

Finally, this proceeding has been pending for ten (10) months at this point and the Trustee has yet to conclude a meeting of creditors. The Debtor has failed to appear at the last two scheduled meetings of creditors. And, when the Debtor had appeared in the past, the Debtor's testimony conflicted with both his schedules and his previous testimony.

It is respectfully submitted that the Debtor is nowhere near being able to confirm a plan in this case after ten months. Debtor has failed to propose a confirmable plan, has not appeared for multiple meetings of creditors, and is seemingly seeking to litigate state court and other non-bankruptcy issues in this Court. For those reasons, confirmation of the proposed plan should be denied and this case should be dismissed.

Dated: May 5, 2026

/s/:_____*Peter Corey*_____
Peter Corey, Staff Attorney
Michael J. Macco, Chapter 13 Trustee
2950 Express Drive South – Suite 109
Islandia, New York 11749
(631) 549-7900