UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

                                    Chapter 13
HACHAN CHOWDHURY,                    Case No. 25-43533-jmm


                        Debtor(s).
--------------------------------------------------------------X

## ORDER DISMISSING BANKRUPTCY CASE

Upon the application and the motion [ECF No. 22] of Michael J. Macco, (the "Trustee") to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed; and same having come on to be heard before the Honorable Jil Mazer-Marino on the May 14, 2026; and good and sufficient notice of the motion and the hearing having been given; and Peter Corey, on behalf of the Trustee, having appeared in support of the motion; and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed; and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed.

Dated: May 25, 2026
        Brooklyn, New York



_____
Jil Mazer-Marino
Chief United States Bankruptcy Judge